

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-21-00447-CV

Angela **OROZCO** and All Other Occupants,
Appellant

v.

**RESERVE AT PECAN VALLEY APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02643
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On January 26, 2022, appellant filed her appellant's brief. The brief does not comply with Rules 9.5 or 38.1 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.5, 38.1. Specifically, the brief does not contain:

1. a certificate of service, *see id*. R. 9.5;
2. a complete list of all parties and the names and addresses of all trial and appellate counsel, *see id*. R. 38.1(a);
3. a table of contents, *see id*. R. 38.1(b);
4. an index of authorities, *see id*. R. 38.1(c);
5. a brief statement of the nature of the case, the course of proceedings, and the trial court's disposition of the case, *see id*. R. 38.1(d);
6. a statement of the issues presented for review, *see id*. R. 38.1(f);
7. a statement of the facts pertinent to the issues presented, supported by record references, *see id*. R. 38.1(g);
8. a succinct, clear, and accurate statement of the arguments made in the body of the brief, *see id*. R. 38.1(h);
9. a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record, *see id*. R. 38.1(i); and
10. a short conclusion that clearly states the nature of the relief sought, *see id*. R. 38.1(j).

Accordingly, we **ORDER** appellant's brief **STRICKEN** and **ORDER** appellant to file an amended brief in this court complying with Rules 9.5 and 38.1 by **March 2, 2022** or this appeal will be dismissed for want of prosecution.  *See* Tex. R. App. P. 38.9, 42.3.

It is so **ORDERED** on January 31, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT